IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERTO I. LOPEZ,
a/k/a MIGUEL A. DOTEL SIERRA,

    Petitioner,

v.

MICHAEL DITTMANN, Warden,
Columbia Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-753-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Roberto I. Lopez's petition for a writ of habeas corpus and dismissing this case with prejudice.

/s/                                                              5/31/2017

Peter Oppeneer, Clerk of Court                   Date